IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Patrick Alexandre Missud – #219614

　/

No. C 13-80182 WHA

**ORDER OF SUSPENSION**

On August 23, Patrick Missud was ordered to show cause why his membership in the bar of this court should not be suspended due to his inactive status in the State Bar of California. Mr. Missud timely responded. Mr. Missud's invective-laden response fails to set out coherent basis for abstaining from applying reciprocal discipline. Accordingly, Mr. Missud's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE